George A. Worley and Mary K. Worley, his Wife, and Lee McBride, Appellants, v. The Dade County Security Company, a Corporation, Appellee.

(Supreme Court of Florida, February 1 ,1906.)

Appeal from Circuit Court, Dade County; Minor S. Jones, Judge.

*George A. Worley,* for Appellants.                       .

No appearance for Appellee.

The bill in this cause was filed by the Appellee against the Appellants. There was decree for the complainant and the defendants appealed. Appeal dismissed by the clerk, on præcipe of counsel for the appellants, under Rule 23.